IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLAXO GROUP LTD. <br> d/b/a/ GLAXOSMITHKLINE <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM PHARMACEUTICALS, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. _____ |

### RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for Glaxo Group Ltd., d/b/a GlaxoSmithKline, which is a non-governmental corporate party, certifies that: (i) GlaxoSmithKline is a publicly held company that does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock; and (ii) Glaxo Group Ltd. is a wholly-owned subsidiary of GlaxoSmithKline.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Evan R. Chesler
Richard J. Stark
David Greenwald
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Robert L. Baechtold
Nicholas M. Cannella
Colleen Tracy
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112
(212) 218-2100

/s/ Julia Heaney
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  *Attorneys for Plaintiff*
  *Glaxo Group Ltd., d/b/a GlaxoSmithKline*

September 8, 2006
536135