AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## DISTRICT OF DELAWARE

Glaxo Group Ltd.,
d/b/a GlaxoSmithKline

        Plaintiff,

v.

Spectrum Pharmaceuticals, Inc.

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-558

TO:    Spectrum Pharmaceuticals, Inc.
          Corporation Service Company
          2711 Centreville Road
          Suite 400
          Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

        Jack B. Blumenfeld, Esquire
        Julia Heaney, Esquire
        Morris, Nichols, Arsht & Tunnell LLP
        1201 N. Market Street, P.O. Box 1347
        Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

SEP 0 8 2006

CLERK                                                         DATE

*[signature]*
BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | September 8, 2006 |
| NAME OF SERVER (PRINT) Jeffrey P. Berryman | TITLE | Messenger |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CSC 2711 Centerville Rd; Wilmington DE 19808

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Service of the Summons and Complaint was made upon defendant Spectrum Pharmaceuticals, Inc. by delivering copies thereof to defendant's registered agent, Corporation Service Company, 2711 Centreville Road, Suite 400, Wilmington, Delaware 19808.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/8/06
          Date                Signature of Server

BLUE MARBLE FOR -
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, Wilmington, DE 19801
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure